UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Christopher L. Legere

   v.                                  Civil No. 14-cv-00111-LM

New Hampshire Department of Corrections
Commissioner William Wren et al.[1]

**REPORT AND RECOMMENDATION**

On May 20, 2014, this court issued an order (doc. no. 8) directing plaintiff, Christopher Legere, to file an amended complaint within thirty days, or the complaint would be dismissed, with prejudice, for failure to state a claim. On June 20, 2014, the court granted Legere's Motion to Extend Time to File an Amended Complaint (doc. no. 9); plaintiff's amended complaint was ordered to be filed by September 16, 2014.

Legere has not filed an amended complaint pursuant to the June 20 order.  Accordingly, this case should be

---

[1] Defendants are New Hampshire Department of Corrections ("DOC") Commissioner William Wrenn, the DOC Commissioner's Designee Christopher Kench, New Hampshire State Prison ("NHSP") Warden Richard Gerry, and the following NHSP officers and/or administrators:  Classifications Administrator Kim Lacasse; Classifications Officer Danel Bean; Capt. Boyajian, whose first name is unknown ("FNU"); FNU Denehey; Mailroom Supervisor FNU Raposa; Mailroom Cpl. FNU Gordon; and Mailroom Officer FNU McLeod.

dismissed, with prejudice, for reasons stated in the May 20 order (doc. no. 8).

## Conclusion

For the foregoing reasons, the district judge should dismiss this case, with prejudice, and should order the clerk to close the case. Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). Failure to file objections within the specified time waives the right to appeal the district court's order. See United States v. De Jesús-Viera, 655 F.3d 52, 57 (1st Cir. 2011); Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection are precluded on appeal).

                                      Andrea K. Johnstone
                                      United States Magistrate Judge

October    , 2014

cc: Christopher L. Legere, pro se