```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Christopher L. Legere

                v.

                                              Civil No. 14-cv-111-LM

NH Department of Corrections, Commissioner et al

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 6, 2014. Clerk shall enter judgment and close the case.

SO ORDERED.

                                          _____
                                          Landya B. McCafferty
                                          United States District Judge

Date: November 10, 2014

cc: Christopher L. Legere, pro se